UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENA COLVIN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:23-cv-01787-DAD-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 5) |

Plaintiffs Marlena Colvin, Aaliyah Monroe, and JC Monroe, proceeding with counsel, filed the complaint initiating this civil action against defendants on August 22, 2023. (Doc. No. 1) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiffs' failure to effect timely service of process under Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. No. 5.) The pending findings and recommendations were served on plaintiffs and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2.) No objections have been filed, and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on January 30, 2024 (Doc. No. 5) are adopted in full;
2. This action is dismissed due to plaintiffs' failure to effect timely service of process; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 2, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE